STEFAN FERENS, as Ancillary Committee of CHAIM WESOLEK, Also Known as
HYMAN VESALEK, an Incompetent, Appellant, v. DRY DOCK SAVINGS INSTITUTION,
Respondent.— Order affirmed, with ten dollars costs and disbursements. No
opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FRED PRICE, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.—
Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell,
McAvoy, Martin and Sherman, JJ.

JACK ROTHSTONE and Another, as Administrators, etc., of ARNOLD ROTHSTEIN,
Deceased, Appellants, v. MANHATTAN LIFE INSURANCE COMPANY, Respondent.
— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy,
Martin, Sherman and Townley, JJ.

THE HOLBROOK COMPANY, INC., Respondent, v. JOHN GRAHAM, Appellant.—
Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy,
Martin, Sherman and Townley, JJ.; Finch, P. J., dissents and votes to reverse the
judgment appealed from and dismiss the complaint on the ground that the plaintiff
is limited to an action upon the note and, as to that, the Statute of Limitations is
a bar.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY EISENSTEIN,
Appellant.— Judgment reversed, the information dismissed and the defendant
discharged, on the ground that there is no evidence to sustain the finding that
defendant made a false financial statement. Present — Finch, P. J., Merrell,
McAvoy, Martin and Sherman, JJ.; Finch, P. J., dissents on the ground that, in
his opinion, there was not only some evidence but sufficient to sustain the finding
of guilt reached by the triers of the facts.

LOUIS N. HARTOG, Appellant, v. PIANO & KLEIN, INC., Respondent.— Judgment
affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy,
Martin and Sherman, JJ.; Finch, P. J., dissents and votes for reversal and direction
of judgment for plaintiff in the sum of $1,335.31, with interest.

In the Matter of HARRY FIELDSTEEL (Formerly HARRY FELDSTEIN), an Attorney.
— Motion for reinstatement granted. Present — Finch, P. J., Merrell, McAvoy,
Martin and Sherman, JJ.

In the Matter of SYDNEY DAVIDSON, an Attorney.— Motion for reinstatement
granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOSEPH S. BLUME & Co., INC., Respondent, v. PILOT REINSURANCE COMPANY
OF NEW YORK, Appellant.— Order reversed, with ten dollars costs and disburse-
ments, and the interrogatories and cross-interrogatories settled by overruling
plaintiff's objections to the direct interrogatories, and settling the same as presented.
No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES BURNHAM SQUIER, Appellant, v. AUGUSTUS S. HOUGHTON and Others,
Respondents, Impleaded with Others.— Order reversed, with ten dollars costs and
disbursements, and motion for an open commission granted, with ten dollars costs.
No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.